## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RACHEL DENNERT | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 3:11-CV-01229 (SRU) |
| | ) | |
| vs. | ) | |
| | ) | |
| MEDTRONIC, INC.; MEDTRONIC MINIMED, INC. D/B/A/ MEDTRONIC DIABETES, a Division of MEDTRONIC, INC. (improperly named as MEDTRONIC DIABETES); UNOMEDICAL DEVICES SA de CV and UNOMEDICAL A/S, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation Regarding Cross-Noticing of Depositions and good cause shown, IT IS ORDERED on this ___ day of _____, 2015, that the Stipulation is GRANTED.

_____
Honorable Stefan R. Underhill

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of May 2015, I served via the Court's electronic filing system, a copy of the foregoing [Proposed] Order upon:

Jacqueline C. Gorbey
John P. Lavelle
Thomas J. Sullivan
Morgan, Lewis & Bockius LLP - PA
1701 Market Street
Philadelphia, Pennsylvania 19103-2921

Alan G. Schwartz
James 0. Craven
Wiggin & Dana
One Century Tower
265 Church Street P.O. Box 1832
New Haven, Connecticut 06508-1832

Kevin Haverty
Williams, Cuker, Berezofsky, LLC
210 Lake Drive East
Suite 101
Cherry Hill, New Jersey 08002

Bruce J. Gelston
McGivney & Kluger, P.C.
20 Church Street Suite 780
Hartford, Connecticut 06103

Z. Ileana Martinez
Leslie J. Suson
THOMPSON HINE LLP
Two Alliance Center
2560 Lenox Road, Suite 1600
Atlanta, GA 30326

/s/  Jacqueline C. Gorbey
Jacqueline C. Gorbey