# MASLON

Nicole E. Narotzky
Direct Dial: (612) 672-8373
Direct Fax: (612) 632-8373
nicole.narotzky@maslon.com



November 21, 2016

**VIA EMAIL ONLY**

The Honorable Stefan R. Underhill, USDJ
United States District Court, District of Connecticut
Brien McMahon Federal Building – Suite 410
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: <u>Dennert v. Medtronic, Inc., et al., No. 3:11-cv-01229-SRU</u>

Dear Judge Underhill:

As requested at the November 16, 2016, conference with the Court, the parties have conferred and agreed to the following proposed deadlines in the above-referenced matter:

- Plaintiff's Rebuttal Expert Reports
    - Mr. Klimowicz (or any other technical expert): November 30, 2016
    - Dr. Krug (or any other endocrinologist expert): December 20, 2016
    - Any regulatory expert: December 22, 2016
    - Dr. Vigilante (or any other human factors expert): December 30, 2016
    - Dr. Ravdin, Dr. Jamieson, Dr. Joy (or any other damages expert): December 30, 2016

- Parties' Rule 26(a)(2)(C) Expert Disclosures: December 13, 2016

- Summary Judgment Motions and Supporting Memorandums: January 11, 2017
    - Oppositions to Summary Judgment Motions: January 31, 2017
    - Reply Briefs in Support of Summary Judgment Motions: February 7, 2017
    - Hearing on Summary Judgment Motions: [Proposed] February 13, 2017

- All Discovery (including Depositions of Plaintiff's Rebuttal Experts): January 31, 2017

- Parties' Joint Pretrial Memorandum (as described in Docket No. 242, including witness and exhibit lists, stipulations of fact and law, proposed voir dire/jury instruction/verdict form, etc.): February 22, 2017

- Motions in Limine and Supporting Memorandums: February 22, 2017
    - Oppositions to Motions in Limine: March 3, 2017

MASLON LLP  3300 WELLS FARGO CENTER  |  90 SOUTH SEVENTH STREET  |  MINNEAPOLIS, MN 55402-4140  |  612.672.8200  |  MASLON.COM

Page 2
November 21, 2016

Counsel for Plaintiff Rachel Dennert, the Medtronic Defendants, and the Unomedical Defendants therefore respectfully request that the Court enter an order setting forth the pretrial deadlines outlined herein. The parties are available to answer any questions the Court may have regarding the proposed schedule.

Sincerely,

*[signature]*

Nicole E. Narotzky

NEN:km

cc:   All Counsel of Record *(via email)*

MASLON LLP  3300 WELLS FARGO CENTER | 90 SOUTH SEVENTH STREET | MINNEAPOLIS, MN 55402-4140 | 612.672.8200 | MASLON.COM