# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHEL DENNERT,<br>      Plaintiff,<br><br>      v.<br><br>MEDTRONIC, INC., et al.,<br>      Defendants. | No. 3:11-cv-1229 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On December 12, 2016, I held a telephone conference on the record with counsel for the plaintiff, Rachel Dennert, and counsel for the defendants, Medtronic, Inc., et al. The purpose of the call was to resolve the pending discovery issues.

After discussion with the parties, I informed counsel for Dennert that he had until 5:00 p.m. on Wednesday, December 14, 2016, to disclose Mr. Klimowicz's rebuttal expert report. Failure to disclose by that time will result in preclusion. Additionally, the parties resolved the second discovery issue by agreeing that Medtronic would produce a new copy of Dr. Sarfaty's report, which omits all references to the letter from Nancy Dennert to Andrew Rossetti. Dr. Sarfaty will not be permitted to testify regarding that letter at trial.

It is so ordered.

Dated at Bridgeport, Connecticut, this 15th day of December 2016.

                                                        /s/ STEFAN R. UNDERHILL
                                                        Stefan R. Underhill
                                                        United States District Judge