# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RACHEL DENNERT,** )<br>  ) **Civil No. 3:11-cv-01229-SRU**.<br>    **Plaintiff** )<br>  )<br>    **vs.** )<br>  )<br>**MEDTRONIC, INC; MEDTRONIC** )<br>**DIABETES, a Division of** )<br>**MEDTRONIC, INC.;** )<br>**UNOMEDICAL DEVICES SA de CV** )<br>**and UNOMEDICAL A/S** )<br>  )<br>    **Defendants** )<br>  )<br>_____  ) | |

## MOTION FOR EXTENSION OF TIME UNDER CASE MANAGEMENT ORDER

TAKE NOTICE, that plaintiff Rachel Dennert moves before the court for an extension of time under the current Case Management Order to provide the rebuttal report of plaintiff's human factors expert William Vigilante, Ph.D. Plaintiff requests an additional seven (7) days until January 6, 2017 to provide Dr. Vigilante's rebuttal report.

In support of this application, plaintiff will rely upon the Declaration of Kevin Haverty submitted herewith.

WILLIAMS CUKER BEREZOFSKY, LLC

BY:   /s/ *Kevin Haverty*
KEVIN HAVERTY, *pro hac vice*
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
(856) 667-0500 (Tel)
(856) 667-5133 (Fax)
Khaverty@wcblegal.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RACHEL DENNERT,** )<br>)<br>       **Plaintiff** )<br>)<br>       **vs.** )<br>)<br>**MEDTRONIC, INC; MEDTRONIC** )<br>**DIABETES, a Division of** )<br>**MEDTRONIC, INC.;** )<br>**UNOMEDICAL DEVICES SA de CV** )<br>**and UNOMEDICAL A/S** )<br>)<br>       **Defendants** )<br>)<br>_____ ) | **Civil No.  3:11-cv-01229-SRU**. |

_____

### DECLARATION OF KEVIN HAVERTY
_____

KEVIN HAVERTY, of full age and duly sworn according to law makes this Declaration in support of plaintiff's motion to extend time for production of a rebuttal expert report by William Vigilante, Ph.D.:

    1.    I am an attorney at law licensed in the State of New Jersey and Commonwealth of Pennsylvania and admitted to practice before this court *pro hac vice* to represent the plaintiff in this matter.  I am the proper person to make this Declaration.

    2.    The parties in this case are winding down expert discovery with a pending trial date of March 10, 2017.  At the time the court fixed the current trial date, the parties submitted a stipulated Case Management Order pertaining to the remaining discovery and motion practice in advance of trial.  Among other things, the CMO provided that plaintiff is to serve rebuttal reports

of her neurology expert, neuropsychology expert, vocational economics expert and human factors expert, if any, by December 30, 2016.

3. Defendants have each served the report of a human factors expert and defendant Medtronic has also served the report of Timothy Ulatowski, a former FDA reviewer who opines on, among other things, the FDA's thinking about human factors engineering during the time period pertinent to this case. Unomedical's human factors expert Timothy Budacki was deposed on December 3. Medtronic's regulatory expert Timothy Ulatowski was deposed on December 8 and its human factors expert William Muto, Ph.D. was deposed one week ago on December 14. Those depositions constitute more than 1,000 pages of transcript with multiple exhibits. Because of the scheduling of the depositions, plaintiff was then left with 16 days (12 business days)[1] to submit the materials to her human factors expert and obtain a rebuttal report under the current CMO.

4. Dr. Vigilante, plaintiff's human factors expert, has advised that he is tied up with other matters through the end of this week and has a family vacation scheduled for the week between Christmas and New Years during which the time to provide a rebuttal report falls.

5. On December 21, I advised defense counsel of this and requested that they consent to a seven (7) day extension to provide a rebuttal report from Dr. Vigilante in light of the circumstances. Counsel for Medtronic refused to consent to the extension because it would leave "only two business days to review and analyze the rebuttal report, consult with our experts, and incorporate as necessary into our motion [for summary judgment]" to be filed on January 11, 2017, and therefore the schedule would be "prejudicial and unworkable." Counsel for Unomedical did not respond to the request.

---

[1] As originally envisioned under earlier court Orders, plaintiff was to have 30 days following the completion of defense expert witness depositions to submit any rebuttal reports.

6. It is respectfully submitted that under the circumstances, with the looming holidays, the abnormally truncated time frame for providing rebuttal opinion to three different experts, the complexity of the materials—including over 1,000 pages of transcript with numerous exhibits—and Dr. Vigilante's pre-planned vacation, a 7 day extension to obtain rebuttal opinion is eminently reasonable. While Medtronic complains that this will somehow affect its motion for summary judgment, it does not specify how the opinion of a human factors expert would bear on that. Indeed, if his opinions might somehow be a basis for defeating summary judgment, that is all the more reason under the circumstances to grant the extension of time in the interests of justice. Otherwise, if his opinion does not bear on summary judgment then there is no basis to object to the extension. It would be grossly unfair to permit defendants to get judgment as a matter of law solely because plaintiff's human factors expert was unable to respond to defendants' experts within a tightly truncated time period which coincides with the holidays and a family vacation.

7. For the foregoing reasons, it is respectfully requested that the court grant plaintiff a seven (7) day extension for submission of the rebuttal expert report of William Vigilante, Ph.D. until January 6, 2017.

The foregoing statements by me are true, I am aware that if any of these statements is willfully false, I am subject to punishment.

> WILLIAMS CUKER BEREZOFSKY, LLC
>
> BY:     /s/ Kevin Haverty
> KEVIN HAVERTY, *pro hac vice*
> 210 Lake Drive East, Suite 101
> Cherry Hill, NJ  08002
> (856) 667-0500 (Tel)
> (856) 667-5133 (Fax)
> Khaverty@wcblegal.com
> *Attorney for Plaintiff*