# THE JOURNAL OF PEDIATRICS

AUGUST 1994    Volume 125    Number 2

## ORIGINAL ARTICLES

# Effect of intensive diabetes treatment on the development and progression of long-term complications in adolescents with insulin-dependent diabetes mellitus: Diabetes Control and Complications Trial

Diabetes Control and Complications Trial Research Group[a]

**The Diabetes Control and Complications Trial has demonstrated that intensive diabetes treatment delays the onset and slows the progression of diabetic complications in subjects with insulin-dependent diabetes mellitus from 13 to 39 years of age. We examined whether the effects of such treatment also occurred in the subset of young diabetic subjects (13 to 17 years of age at entry) in the Diabetes Control and Complications Trial. One hundred twenty-five adolescent subjects with insulin-dependent diabetes mellitus but with no retinopathy at baseline (primary prevention cohort) and 70 adolescent subjects with mild retinopathy (secondary intervention cohort) were randomly assigned to receive either (1) intensive therapy with an external insulin pump or at least three daily insulin injections, together with frequent daily blood-glucose monitoring, or (2) conventional therapy with one or two daily insulin injections and once-daily monitoring. Subjects were followed for a mean of 7.4 years (4 to 9 years). In the primary prevention cohort, intensive therapy decreased the risk of having retinopathy by 53% (95% confidence interval: 1% to 78%; $p = 0.048$) in comparison with conventional therapy. In the secondary intervention cohort, intensive therapy decreased the risk of retinopathy progression by 70% (95% confidence in**

Supported by the Division of Diabetes, Endocrinology, and Metabolic Diseases of the National Institute of Diabetes and Digestive and Kidney Diseases, National Institutes of Health, through cooperative agreements and a research contract. Additional support provided by the National Heart, Lung, and Blood Institute, the National Eye Institute, and the National Center for Research Resources.

Submitted for publication Dec. 10, 1993; accepted April 7, 1994.

Reprint requests: Diabetes Control and Complications Trial Research Group, Box NDIC/DCCT, Bethesda, MD 20892.

[a]A complete listing of the DCCT Research Group is available from National Technical Information Service, PB88239108, DCCT Research Group, 1988.

Copyright © 1994 by Mosby–Year Book, Inc.
0022-3476/94/$3.00 + 0  **9/20/56496**

177

terval: 25% to 88%; $p = 0.010$) and the occurrence of microalbuminuria by 55% (95% confidence interval: 3% to 79%; $p = 0.042$). Motor and sensory nerve conduction velocities were faster in intensively treated subjects. The major adverse event with intensive therapy was a nearly threefold increase of severe hypoglycemia. We conclude that intensive therapy effectively delays the onset and slows the progression of diabetic retinopathy and nephropathy when initiated in adolescent subjects; the benefits outweigh the increased risk of hypoglycemia that accompanies such treatment. (J PEDIATR 1994;125:177-88)

Although acute metabolic decompensation and episodes of symptomatic hypoglycemia pose day-to-day threats to patients with insulin-dependent diabetes mellitus, the late microvascular, macrovascular, and neurologic complications of the disease are the major sources of long-term morbidity and death. The Diabetes Control and Complications Trial, a multicenter, prospective, controlled clinical trial, was undertaken to compare the effects of intensive diabetes therapy with those of conventional therapy on both the development (primary prevention) and progression (secondary intervention) of early vascular and neurologic complications of IDDM.[1] In addition, the relative safety of the two treatment regimens and their effects on quality of life and neuropsychologic functioning were evaluated prospectively. As reported in detail elsewhere,[2] intensive therapy, with the goal of achieving glycemic levels as close to the nondiabetic range as possible, effectively delayed the onset and slowed the progression of diabetic retinopathy, nephropathy, and neuropathy. On the basis of these results, intensive therapy was proposed as the treatment of choice in appropriate subjects with IDDM.

The relative efficacy and safety of the treatment regimens employed in the DCCT and the treatment recommendations were based on analyses of data from all the subjects, 86% of whom were more than 18 years of age at baseline. The efficacy and safety in younger subjects with IDDM (13 to 17 years of age) may differ because both the biologic[3, 4] and psychosocial changes[5-7] that occur during adolescence might independently influence the response to the two treatments. Nevertheless, none of the previously reported randomized clinical trials of intensive therapy included more than a few adolescent subjects.[8-11] This report therefore presents the results of the DCCT with respect to outcome analyses in the subgroup of 195 adolescent subjects who were between 13 and 17 years of age at entry into the DCCT.

## METHODS

**Subjects.** A total of 195 adolescent subjects (125 primary prevention and 70 secondary intervention cohort) were recruited by 29 clinical centers from 1983 to 1989.[2] At the time of study termination, in June 1993, the adolescent subjects had been studied for an average of 7.4 years (range, 4 to 9 years). The results reported here include the outcomes in the subjects who were adolescents at the time of study entry, independent of whether they were adolescents during the entire study. The subjects in this report were between 13 and 17 years of age at study entry; 41% were 13 or 14, 47% were 15 or 16, and 12% were 17 years of age.

**Design.** The DCCT design and methods have been described previously.[1, 12-16] The investigators and subjects were unaware of all outcome data unless predetermined "alert" criteria, such as the development of severe retinopathy requiring more frequent follow-up or laser therapy, were reached. Physician and subject were then made aware of the specific condition and appropriate management was arranged.

See commentary, p. 228.

| | |
|---|---|
| CI | Confidence interval |
| DCCT | Diabetes Control and Complications Trial |
| $HbA_{1c}$ | Hemoglobin $A_{1c}$ |
| IDDM | Insulin-dependent diabetes mellitus |

**Eligibility criteria and baseline characteristics.** Major eligibility criteria included insulin dependence as evidenced by deficient C-peptide secretion, no hypertension or hypercholesterolemia, and no other important medical conditions.[1, 15, 16] All subjects had to be at Tanner stage II or beyond. To be eligible for the primary prevention cohort, subjects had to have had IDDM for 1 to 5 years, no retinopathy by stereoscopic fundus photography, and urinary albumin excretion <40 mg/24 hr (28 μg/min). To be eligible for the secondary intervention cohort, the subjects had to have had IDDM for 1 to 15 years, mild to moderate nonproliferative retinopathy,[17] and urinary albumin excretion less than 200 mg/24 hr (139 μg/min). Written consent was obtained from the patients and their parents by means of a multicomponent informed consent process.[18]

Within each cohort, patients were randomly assigned to either conventional or intensive treatment groups; the baseline characteristics of the study groups are shown in Table. The randomization process produced two treatment groups within each cohort with remarkably similar characteristics

The Journal of Pediatrics
Volume 125, Number 2

DCCT Research Group    179

**Table I.** Baseline characteristics of the two adolescent cohorts

| Characteristics | Primary prevention cohort | | Secondary intervention cohort | |
|---|---|---|---|---|
| | Intensive treatment (n = 55) | Conventional treatment (n = 70) | Intensive treatment (n = 37) | Conventional treatment (n = 33) |
| Demographics | | | | |
| Age (yr) | 15 ± 1 | 15 ± 1 | 15 ± 1 | 15 ± 1 |
| Female (%) | 44 | 53 | 51 | 61 |
| Race (% white) | 98 | 97 | 95 | 85 |
| IDDM | | | | |
| Duration (mo) | 38 ± 20 | 37 ± 20 | 89 ± 43 | 97 ± 42 |
| Postpubescent duration (mo)† | 32 ± 12 | 31 ± 13 | 49 ± 18 | 48 ± 18 |
| Insulin dosage (units/kg) | 0.89 ± 0.24 | 0.92 ± 0.30 | 1.03 ± 0.30 | 1.06 ± 0.32 |
| Hypoglycemia in year before DCCT | | | | |
| Required medical assistance (%) | 0.0 | 4.3 | 2.7 | 0.0 |
| Loss of consciousness (%) | 3.6 | 15.7* | 8.1 | 3.0 |
| Stimulated C-peptide (pmol/ml) | 0.11 ± 0.11 | 0.12 ± 0.13 | 0.05 ± .07 | 0.03 ± 0.03 |
| Glycemic control | | | | |
| Hemoglobin $A_{1c}$ (%) | 9.3 ± 1.9 | 9.2 ± 1.8 | 9.8 ± 1.8 | 10.1 ± 1.8 |
| Mean plasma glucose (mg/dl)‡ | 261 ± 106 | 243 ± 103 | 254 ± 112 | 305 ± 114 |
| Clinical and biochemical features | | | | |
| Systolic blood pressure (mm Hg) | 109 ± 8 | 110 ± 12 | 111 ± 13 | 109 ± 10 |
| Diastolic blood pressure (mm Hg) | 69 ± 7 | 69 ± 10 | 71 ± 11 | 71 ± 9 |
| Body mass index ($kg/m^2$) | | | | |
| Male | 22 ± 2 | 21 ± 2 | 21 ± 2 | 20 ± 3 |
| Female | 22 ± 3 | 22 ± 3 | 24 ± 2 | 22 ± 3* |
| Cholesterol (mg/dl,serum) | 159 ± 28 | 159 ± 31 | 176 ± 33 | 174 ± 33 |
| Triglycerides (mg/dl,serum) | 91 ± 74 | 71 ± 29 | 100 ± 59 | 92 ± 34 |
| HDL-cholesterol (mg/dl,serum) | 46 ± 10 | 49 ± 11 | 43 ± 9 | 49 ± 13 |
| LDL-cholesterol (mg/dl,serum) | 94 ± 22 | 96 ± 28 | 114 ± 34 | 106 ± 29 |
| Habits | | | | |
| Current smokers (%) | 5 | 3 | 3 | 0 |
| Strenuous or vigorous exercise (%) | 49 | 44 | 49 | 36 |
| Retinopathy | | | | |
| No retinopathy (%) | 100 | 100 | 0 | 0 |
| Microaneurysms only (%) | 0 | 0 | 84* | 61 |
| Mild NPDR (%) | 0 | 0 | 14 | 27 |
| Moderate NPDR (%) | 0 | 0 | 3 | 12 |
| Renal | | | | |
| Urinary albumin excretion (mg/24 hr) | 15 ± 15 | 15 ± 9 | 26 ± 32 | 29 ± 40 |
| Serum creatinine (mg/dl) | 0.72 ± 0.15 | 0.72 ± 0.15 | 0.74 ± 0.13* | 0.66 ± 0.11 |
| Creatinine clearance (ml/min per 1.73 $m^2$) | 142 ± 42 | 137 ± 31 | 141 ± 49 | 135 ± 28 |
| Neurologic | | | | |
| Presence of clinical neuropathy (%) | 1.9 | 4.3 | 0.0 | 3.0 |

Means ± SD unless otherwise indicated.
HDL, High-density lipoprotein; LDL, low-density lipoprotein; NPDR, nonproliferative diabetic retinopathy.
*$p$ <0.05 between groups in this strata.
†Postpubescent duration is defined as duration of IDDM after 11 years of age for girls and after 12 years of age for boys.
‡Mean plasma glucose is the mean of 7-point profile.

at baseline. Nevertheless, among adolescents in the primary prevention cohort, a greater percentage of subjects in the conventional group had had severe hypoglycemia with loss of consciousness in the year before entry; in the secondary intervention cohort a greater proportion of subjects in the intensive-treatment group had microaneurysms only on the initial photographs of the fundus (Table I).

**Treatment and follow-up.** Diabetes therapy was implemented by an experienced team of health care professionals, including physician, nurse, dietitian, and mental health professionals. Conventional therapy comprised one or two daily insulin injections, including mixed intermediate and rapid-acting insulins, once-daily self-monitoring of urinary or blood glucose values, and diet and exercise education.[1, 16] Daily adjustments in insulin dosage were discouraged. The goals of conventional therapy included absence of symp-

toms attributable to glycosuria or hyperglycemia, absence of ketonuria, maintenance of normal growth, development and ideal body weight, and freedom from severe or frequent hypoglycemia. Hemoglobin $A_{1c}$ was measured every 3 months,[19] but neither the clinic team nor the subjects were aware of the results unless the value was greater than the specified alert level (>13.1%). After an alert, treatment changes were mandated and $HbA_{1c}$ was measured monthly until the value fell to less than 13.1%. Women who became pregnant or were planning pregnancy implemented intensive treatment until delivery, after which they resumed conventional treatment. Subjects in the conventional-treatment group were seen in the clinic every 3 months.

Intensive therapy consisted of administration of insulin three or more times daily by injection or an external pump. Short-acting insulin was given before meals. The dosage was adjusted according to planned dietary intake, anticipated exercise, and the results of self-monitoring of blood glucose levels, performed at least four times daily. The goals of treatment were preprandial blood glucose concentrations between 3.9 and 6.7 mmol/L (70 and 120 mg/dl), postprandial concentrations <10 mmol/L (<180 mg/dl), weekly 3 AM measurements >3.6 mmol/L (>65 mg/dl), and monthly $HbA_{1c}$ values within the nondiabetic range (<6.05%).[19] Subjects initially chose multiple injections or pump therapy and could subsequently interchange these intensive insulin regimens if glycemic goals were not achieved or because of personal preference. Intensively treated subjects were seen by clinic staff monthly and were contacted even more frequently by telephone to review and adjust their regimens.

**Outcome measures.** Seven-field stereoscopic fundus photographs were taken by certified photographers every 6 months and were assessed at the central reading center by graders, unaware of treatment group assignment, who used the Early Treatment Diabetic Retinopathy Study protocol.[20] Overall levels of severity of retinopathy were determined for each subject according to that study's interim scale,[21] which has 25 steps to represent the overall extent of retinopathy in both eyes. In the primary prevention cohort, the development of any retinopathy was defined as the presence of at least one microaneurysm (with or without other lesions) on two consecutive 6-month fundus photographs. The development of clinically important retinopathy was defined as a change (worsening) of at least three steps from baseline sustained for at least 6 months. The same definition of a sustained three-step change was chosen for progression of retinopathy in the secondary intervention cohort because this change was reproducible and represented clinically important worsening. Proliferative retinopathy and severe nonproliferative retinopathy were chosen as additional outcomes because they indicate the need for frequent follow-up and possibly photocoagulation.[22] Three levels of progression of diabetic nephropathy in the DCCT were defined[23] as the development of microalbuminuria (from <40 to ≥40 mg/24 hr; 40 mg/24 hr = $28\mu g$/min); clinical-grade albuminuria (≥300 mg/24 hr; ≥209 $\mu g$/min); and impaired renal function (albuminuria ≥300 mg/24 hr and creatinine clearance ≤70 ml/min per 1.73 $m^2$; ≥209 $\mu g$/min and ≤1.17 ml/sec per 1.73 $m^2$). The measures of neuropathic, neuropsychologic, macrovascular, and quality-of-life outcomes have been described in detail.[24-28]

**Statistical methods.** Analysis of all outcomes was based on original random assignment. All results nominally significant at $p < 0.05$ are indicated. Adjustment for the effects of repeated significance tests and the multiplicity of DCCT analyses would require that absurdly small significance levels be used. Instead, we were conservative in the interpretation of analyses and looked for consistency across variables. In addition, a principal outcome variable was declared to help guard against the problem of testing multiple variables and in multiple subgroups.

The Wilcoxon rank sum test was used to compare the two treatment groups within each cohort for ordinal and numeric variables, and the contingency chi-square test for categorical variables.[29] Event rates are presented as number per 100 patient-years based on the ratio of the observed number of events to the total patient-years of exposure. The life-table method was used to estimate the cumulative incidence of events,[30] with adjustments for periodically timed assessments.[31] The difference between cumulative incidence curves was tested with the Mantel (log rank) test.[30] The average relative risk comparing the two treatment groups within each cohort for the complete period of observation was estimated by proportional hazards analysis,[30] with stratification or model adjustment for baseline variables. Adjustment for the imbalance in baseline distribution of retinopathy categories (Table I) was made in the estimates of risk reduction of retinopathy in the secondary intervention cohort. The adjusted percentage reduction in risk for the intensive-therapy group was calculated from the average adjusted relative risk (RR) as $1 - RR \times 100$. The relative risk in the combined cohort was estimated with stratification by primary versus secondary cohorts. For recurrent events, the relative risk was computed as the ratio of the crude event rates. The variance of the event rate and of the log relative risk included an adjustment for overdispersion.[31] The Wei-Lachin method[32] applied the overall multivariate test of stochastic ordering to assess whether the longitudinal follow-up data indicated the presence of a statistically significant difference between treatment groups.



**Fig. 1. A,** Median hemoglobin $A_{1c}$ values in conventional-treatment *(dashed line)* and intensive-treatment groups *(solid line)* at quarterly visits (one visit every 3 months) for the DCCT. The *vertical bars* (drawn for annual visits only) represent the 25th to 75th percentiles. The numbers in parentheses along the *horizontal axis* represent the number of subjects included in each yearly value. The difference between treatment groups was significant: $p < 0.001$. **B,** Median blood glucose values from the seven-times-per-day blood glucose profiles obtained every 3 months during the DCCT, beginning at month 3. Values for the conventional-treatment group are shown in the *dashed line* and for the intensive-treatment group in the *solid line*. The *vertical bars* represent the 25th- to 75th-percentile range of all values for all patients. The overall average daily blood glucose concentration was $9.8 \pm 1.7$ mmol/L ($177 \pm 31$ mg/dl) (mean $\pm$ SD) for the intensively treated group and $14.4 \pm 2.9$ mmol/L ($260 \pm 52$ mg/dl) for the conventionally treated group. The difference between treatment groups was significant: $p < 0.001$.

The $p$ value from this test was used to declare significance between groups with the use of all the follow-up data.

### RESULTS

**Adherence and metabolic control achieved.** One hundred ninety-five adolescent subjects were followed for a mean of 7.4 years (range, 4 to 9 years), for a total of more than 1448 patient-years. None of the adolescent subjects voluntarily withdrew from the study, and more than 95% of all scheduled examinations were completed. Two subjects died and two were assigned to inactive status for some time because of unavailability or the investigator's decision that contin-

uation would be hazardous. Overall, the average percentage of time spent in assigned treatment was 95%. This includes nine young women assigned to conventional therapy who were given intensive therapy while planning for and during pregnancy.

As shown in Fig. 1, *A*, a substantial separation of $HbA_{1c}$ values between the intensive- and the conventional-treatment groups was achieved by 6 to 12 months. A significant difference in $HbA_{1c}$ levels was maintained between the two treatment groups throughout the remainder of the trial. The mean ($\pm$SD) insulin dose was similar for the two treatment groups at 12 months ($1.03 \pm 0.28$ units/kg in the inten-

**Table II.** Summary of absolute rates for development and progression of complications and percentage of risk reduction with intensive therapy

| Complications | Primary prevention cohort | | | | Secondary intervention cohort | | | | Combined cohorts | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CT* | IT* | Risk reduction† (%) | (95% CI) | CT | IT | Risk reduction (%) | (95% CI) | Risk reduction (%) | (95% CI) |
| Retinopathy‡ | | | | | | | | | | |
| Any sustained | 23 | 18 | 30 | (−9, 55) | | | NA | | NA | |
| ≥Three-step, sustained | 6.3 | 3.2 | 53 | (1, 78)‖ | 7.4 | 2.9 | 70 | (25, 88)¶ | 61 | (30, 78)¶ |
| Nephropathy§ | | | | | | | | | | |
| Urinary albumin >40 mg/24 hr | 7.1 | 5.8 | 10 | (−70, 52) | 12.7 | 6.6 | 55 | (3, 79)‖ | 35 | (−7, 60) |

CT, Conventionally treated group; IT, intensively treated group; NA, not applicable.
*Absolute rate per 100 patient-years at risk for intensive-treatment and conventional-treatment group subjects.
†Percentage of risk reduction of intensive compared with conventional treatment, calculated from proportional hazards model adjusted for baseline values as noted.
‡Adjusted for baseline retinopathy.
§Adjusted for baseline urinary albumin value.
‖$p$ <0.05, two tailed.
¶$p$ <0.02, two tailed.

sively treated group; 0.97 ± 0.29 units/kg in the conventionally treated group) and was not significantly different between the treatment groups during the course of the trial. The blood glucose concentrations achieved by members of each treatment group were measured quarterly by 7-point capillary blood glucose profiles (before meals, 90 minutes after meals, and at bedtime) (Fig. 1, B). The mean of all glucose profile values in the intensively treated subjects was 9.8 ± 1.7 mmol/L (177 ± 31 mg/dl), in comparison with 14.4 ± 2.9 mmol/L (260 ± 52 mg/dl) in the conventionally treated subjects ($p < 0.001$).

### Retinopathy

*Primary-prevention cohort.* The rate of first appearance of any retinopathy (at least one microaneurysm) on 6-monthly fundus photography did not differ significantly in the two treatment groups in the primary-prevention cohort (Table II). On the other hand, intensive therapy significantly reduced a sustained three-step progression. The cumulative incidences of a sustained three-step or greater progression were similar for the two treatment groups until approximately 36 months, when the incidence curves began to separate (Fig. 2, A). From 5 years on, the cumulative incidence in the intensive-treatment group was approximately 50% lower than in the conventional-treatment group. During the entire study period, a sustained three-step progression in retinopathy status developed in 10 intensively treated and 24 conventionally treated adolescents. Intensive therapy reduced the adjusted mean risk of the development of clinically important retinopathy by 53% (95% confidence interval: 1% to 78%; $p = 0.048$) (Table II). Too few adolescents in the primary prevention cohort had proliferative or severe nonproliferative retinopathy (n = 4), clinically significant macular edema (n = 2), or required photocoagulation (n = 4) to allow statistically valid comparisons.

*Secondary-intervention cohort.* Intensive treatment reduced the average risk of having a sustained three-step progression by 70% (95% CI: 25% to 88%; $p = 0.010$) (Fig. 2, B) during the 9 years of the study; in eight intensively treated and 16 conventionally treated adolescents, a sustained worsening in retinopathy developed. The conventional-treatment group had seven cases of proliferative or severe nonproliferative retinopathy versus two cases in the intensive-treatment group ($p = 0.087$), and required four laser treatments versus two ($p = 0.573$).

The cumulative incidence of a sustained progression of three steps or more was analyzed within subgroups to determine whether the reduction in risk with intensive therapy was consistent across subgroups. The subgroups were defined by baseline covariates including gender, duration of IDDM, and postpubertal duration of IDDM. A consistent reduction in risk of retinopathy with intensive treatment was evident within all subgroups in the combined cohorts.

**Nephropathy.** In the primary-prevention cohort, the subjects in the intensive-treatment group had 5.8 episodes of microalbuminuria per 100 patient-years compared with 7.1 episodes per 100 patient-years in conventional-treatment subjects (10% reduction in mean adjusted risk of having microalbuminuria, 95% CI: −70% to 52%; $p = 0.745$). In the secondary-intervention cohort (Table II, Fig. 3), intensive therapy significantly reduced the risk of having microalbuminuria by 55% (95% CI: 3% to 79%; $p = 0.042$). Only a small number of subjects in either treatment group (six conventional and three intensive) had clinical-grade





Fig. 2. A, Cumulative incidence plot of a three-step progression from no retinopathy in the intensive-treatment *(solid line)* and the conventional-treatment *(dashed line)* groups for the primary prevention cohort. Numbers along the *base of the figure* represent the number of subjects at each designated time point. The average adjusted risk reduction associated with intensive therapy is 53% ($p = 0.048$). B, Cumulative incidence plot of a three-step progression in the intensive-treatment *(solid line)* and conventional-treatment *(dashed line)* groups for the secondary intervention cohort. Numbers along the *base of the figure* represent the number of subjects at each designated time point. The average adjusted risk reduction associated with intensive therapy is 70% ($p = 0.010$).

albuminuria ($p$ = not significant), and none had impaired renal function. Mean creatinine clearance (ranging between 119 and 139 ml/min per 1.73 m$^2$; 1.98 to 2.32 ml/sec per 1.73 m$^2$) and serum creatinine levels (ranging between 61.9 and 79.6 μmol/L; 0.7 to 0.9 mg/dl) were similar in both groups throughout the study.

**Neuropathy.** The number of subjects in whom clinical neuropathy developed was small, and the treatment group differences were not statistically different (seven conven-



Fig. 3. Cumulative incidence plot of microalbuminuria (albumin excretion rate >40 mg/24 hr) in the intensive-treatment *(solid line)* and conventional-treatment *(dashed line)* groups for the secondary intervention cohort. Numbers along the *base of the figure* represent the number of subjects at each designated time point. The average adjusted risk reduction associated with intensive therapy is 55% ($p = 0.042$).

tional and three intensive cases in the combined cohort). On the other hand, peripheral motor and sensory nerve conduction velocities, although similar in both treatment groups at baseline (combined cohorts), were significantly slower in conventionally treated than in intensively treated subjects at 5 years of study (Fig. 4).

**Macrovascular risk factors.** Total cholesterol levels were significantly higher in conventionally treated ($4.81 \pm 1.0$ mmol/L; $186 \pm 39$ mg/dl) than in intensively treated subjects ($4.40 \pm 0.72$ mmol/L; $170 \pm 28$ mg/dl) by the end of the study ($p = 0.02$); there were no significant differences in low-density lipoprotein–cholesterol values (mean, $2.90 \pm .78$ mmol/L [$112 \pm 30$ mg/dl] vs $2.64 \pm 0.57$ mmol/L [$102 \pm 22$ mg/dl] for intensively treated subjects; $p = 0.07$) for the combined cohorts. Finally, there was no difference in high-density lipoprotein values between conventional- and intensive-treatment groups at the end of the study (mean, $1.24 \pm 0.26$ mmol/L [$48 \pm 10$ mg/dl] vs $1.24 \pm 0.21$ mmol/L), respectively. No significant differences were observed in systolic and diastolic blood pressures between treatment groups.

**Adverse events and safety.** Two adolescent subjects died during the study: one intensively treated subject died of injuries sustained in a motor vehicle accident unrelated to hypoglycemia, and one conventionally treated subject committed suicide. The event rates for diabetic ketoacidosis were 4.7 and 2.8 episodes per 100 patient-years for the conventional-treatment and intensive-treatment groups, respectively ($p = 0.174$). This compares with 1.3 and 1.8 ep-



**Fig. 4.** Nerve conduction velocity (meters per second) measured at baseline and at 5 years in the median motor, median sensory, peroneal, and sural nerves for the conventional-treatment *(hatched bar)* and intensive-treatment *(stippled bar)* groups. Results are from the combined primary prevention cohort and the secondary intervention cohort. The *p* values indicate the significance of differences between the two treatment groups at 5 years.

isodes per 100 patient-years for the conventional- and the intensive-treatment groups of adult patients, respectively. In the conventional-treatment group, the adolescents had a significantly greater frequency of diabetic ketoacidosis than the adults had ($p < 0.001$).

As previously reported for the entire study,[33] the incidence of severe hypoglycemia, including multiple episodes in some subjects, was twofold to fourfold higher in intensively treated than in conventionally treated adolescent subjects in the primary and secondary cohorts (Table III). In the combined cohorts there were 85.7 hypoglycemic episodes requiring treatment assistance per 100 patient-years among the intensively treated subjects versus 27.8 among the conventionally treated subjects. These included 26.7 episodes of coma or seizure per 100 patient-years in the intensively treated group and 9.7 in the conventionally treated group. No hospitalizations to treat hypoglycemia-related injuries were necessary. There were 14 hospitalizations to treat severe hypoglycemia in intensively treated subjects compared with 5 in conventionally treated subjects. There were no significant differences between treatment groups in regard to major accidents requiring hospitalization, regardless of cause (four intensively and five conventionally treated subjects).

Despite the greater frequency of severe hypoglycemia with intensive therapy, there was no difference in the occurrence of a clinically important change in neuropsychologic function[26] or in the mean total scores of the DCCT quality-of-life instrument[28] between the conventional- and intensive-treatment groups. The average years of education at study end did not differ between the conventionally and the intensively treated groups ($14.3 \pm 1.9$ years vs $14.3 \pm 1.9$ years).

**Growth.** Treatment group assignment did not influence growth in height in adolescent subjects at the fifth annual follow-up visit. More detailed analyses of annual growth velocities stratified by age at entry and by gender also failed to show a significant difference between intensively treated and conventionally treated subjects. After 5 years, intensively treated subjects gained a mean of 4.04 kg for male subjects and 3.25 for female subjects in body weight more than the conventionally treated subjects. There was a significantly greater increase in body mass index in intensively treated male subjects ($p < 0.001$) and female subjects



**Fig. 5.** Change in weight *(left panel)* and body mass index *(right panel)* in the intensively treated *(stippled bars)* and conventionally treated *(hatched bars)* groups during the DCCT. Intensively treated patients had a significantly greater increase in body mass index than did conventionally treated patients.

($p = 0.019$) after 5 years (Fig. 5). The risk of becoming overweight, as defined by criteria for body mass index,[34] was nearly twofold greater in the intensively treated versus the conventionally treated group (Table III).

## DISCUSSION

We undertook an analysis of outcome in adolescent subjects with IDDM because none of the previous randomized clinical trials of intensive therapy included young subjects, even though the majority of subjects with IDDM have their onset before age 20 years. Thus the demonstration that intensive therapy with the goal of lowering plasma glucose concentrations delays the onset and slows the progression of early diabetic retinopathy (the principal study outcome) in adolescents with IDDM is especially important. In the secondary intervention cohort, intensive treatment also reduced the risk of the development of microalbuminuria, the early marker of renal involvement in diabetes that often predicts the later development of clinical diabetic nephropathy.[35] Both the direction and the magnitude of the beneficial effects of intensive therapy in the adolescents were similar to those in the entire DCCT cohort. Although the adolescent sample in this study is only 14% of the entire DCCT population, it is nearly twice as large as the entire study population of the next largest randomized clinical trial comparing intensive with conventional treatment.[11]

Because of the young age and relatively short postpubertal duration of diabetes in our otherwise healthy subjects, more advanced complications occurred in too few subjects to allow for meaningful treatment group comparisons. On the other hand, results of surrogate outcome measures, including relative improvements in nerve conduction velocities and circulating lipids, suggest that intensive therapy may also reduce the risk of the ultimate development of neurologic and macrovascular complications of diabetes when instituted in subjects in this age group. Systolic and diastolic blood pressures were similar in both treatment groups throughout the study, so the reduction in the risk of having the microvascular complications of diabetes induced by intensive therapy can be more readily attributed to the lowering of plasma glucose levels than to a reduction in blood pressure.

Intensive treatment reduced the risks of the progression of diabetic retinopathy and microalbuminuria in adolescent subjects, even though few of them were able consistently to achieve and maintain target $HbA_{1c}$ levels or nearly normal plasma glucose values. Mean $HbA_{1c}$ levels in our intensively treated adolescents were higher than corresponding values in adult subjects in the DCCT, even after the adolescent group became adults (Table IV). The management difficulties typically seen in adolescent subjects[5-7, 36] also resulted in higher $HbA_{1c}$ levels in conventionally treated adolescents than in adults. Consequently, the differences in $HbA_{1c}$ levels between conventional- and intensive-treatment groups for adolescent and adult subjects were similar. This may help account for the quantitatively similar reduction in relative risk for the development and progression of complications with intensive therapy in both age groups. The comparable reduction in relative risk, despite different absolute $HbA_{1c}$ levels in adolescents versus adults, is con-

Table III. Adverse events among the DCCT adolescents (combined cohorts)

| | Treatment group | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Conventional (n = 103) | | | | Intensive (n = 92) | | | | | | |
| | Patients who had event | | Events | | Patients who had event | | Events | | | | |
| Adverse event | No. | % | (No.) | Rate* | No. | % | (No.) | Rate* | RR | 95% CI | p |
| DKA | 21 | 20 | 35 | 4.7 | 17 | 18 | 20 | 2.8 | 0.62 | (0.32, 1.23) | 0.174 |
| All severe hypoglycemia requiring assistance | 46 | 45 | 207 | 27.8 | 75 | 82 | 603 | 85.7 | 2.96 | (1.90, 4.62) | <0.001 |
| Hypoglycemia resulting in coma, seizure | 26 | 25 | 72 | 9.7 | 58 | 63 | 188 | 26.7 | 2.93 | (1.75, 4.90) | <0.001 |
| Overweight† | 29 | 28 | 29 | 4.7 | 44 | 48 | 44 | 9.6 | 2.11 | (1.31, 3.40) | 0.002 |

RR, Relative risk of intensive versus conventional treatment; DKA, diabetic ketoacidosis.
*Rate is expressed as events per 100 patient-years.
†Overweight is defined as body mass index $\geq 27.8$ kg/m$^2$ for boys and $\geq 27.3$ kg/m$^2$ for girls. Six subjects overweight by this definition at baseline are excluded from the analysis.

Table IV. Comparison of efficacy and safety of intensive treatment between adolescents and adults (combined cohorts)

| | Adolescents | Adults | p |
|---|---|---|---|
| Mean HbA$_{1c}$ (%) ($\pm$SE) | | | |
| Intensive | 8.06 ± 0.13 | 7.12 ± 0.03 | <0.001 |
| Conventional | 9.76 ± 0.12 | 9.02 ± 0.05 | <0.001 |
| Difference (conventional vs intensive treatment) | 1.70 ± 0.18 | 1.90 ± 0.06 | 0.134 |
| Decreased risk* (%) (95% CI) | | | |
| Any sustained (primary cohort only) | 30 (−9, 55) | 27 (9, 41) | 0.819 |
| Sustained three-step change | 61 (30, 78) | 63 (51, 71) | 0.802 |
| Albumin $\geq 40$ mg | 35 (−7, 60) | 45 (20, 55) | 0.886 |
| All severe hypoglycemia† in intensive-treatment group | | | |
| Rate‡ | 85.7 | 56.9 | 0.004 |
| Relative risk§ | 2.93 | 3.30 | 0.753 |
| Coma/seizure in intensive-treatment group | | | |
| Rate | 26.7 | 14.4 | 0.001 |
| Relative risk | 2.96 | 3.10 | 0.679 |

Significance: p value indicates difference in adolescent cohort versus adult cohort.
*Decreases in risk for intensive relative to conventional therapy.
†Includes coma and seizure, as well as any hypoglycemia requiring assistance.
‡Events per 100 patient-years in intensive treatment.
§Relative risk for intensive compared with conventional therapy.

sistent with previously reported analyses regarding the relationship between the rate of development of retinopathy and glycemic exposure in the study as a whole.[2] These analyses indicate a continuously decreasing risk of having a sustained threestep progression in retinopathy with decreasing HbA$_{1c}$ levels; we infer that adolescent subjects who are able to achieve more substantial reductions in HbA$_{1c}$ levels than the group as a whole may be expected to obtain an even greater reduction in the risk of having a progression of retinopathy.

Several outcomes are specific to the adolescent population. Treatment group assignment did not affect the final adult height in adolescents enrolled in the study. The reason may be that most of them, especially the girls, had already passed their peak pubertal growth velocity. However, as in the study as a whole,[37] intensive treatment caused a

greater gain in weight and a twofold increase in the risk of becoming overweight compared with conventional treatment.

A major obstacle to achieving and maintaining strict target levels of glucose control with intensive management was the sharp increase in the frequency of severe hypoglycemia. Intensive therapy increased the frequency of severe hypoglycemia nearly threefold compared with conventional treatment in our subjects; 82% of intensively treated adolescents had at least one episode of hypoglycemia requiring assistance and/or resulting in seizure or coma. Hypoglycemia rates were much lower in the conventional-treatment group, despite the higher frequency of severe hypoglycemia in this group in the year before entry into the study. Hypoglycemia rates in the intensively treated adolescent subjects were higher than rates in intensively treated adults, despite the adolescents' relatively higher $HbA_{1c}$ levels, younger age, and shorter duration of disease. These factors should have enhanced the ability of adolescent subjects to counteract insulin-induced hypoglycemia.[38] On the other hand, the increased frequency of hypoglycemia in the adolescents compared with adults may be related to the larger insulin doses required by the younger subjects and to greater irregularities in diet and exercise. Fortunately, relatively few of the hypoglycemic episodes required hospitalization or medical care for injuries. Equally important, comprehensive neurobehavioral testing procedures did not show any significant impairment in cognitive function even in subjects with recurrent severe hypoglycemic events.

Recommendations concerning the indications for use of intensive treatment in subjects with IDDM require a careful assessment of the benefits and risks of such therapy. Results of the DCCT as a whole indicate that the reduction in the risk of having microvascular and neurologic complications outweighed the increase in the risk of having severe hypoglycemia. The DCCT Research Group concluded that most subjects with IDDM should be treated with closely monitored intensive treatment regimens. We believe that the results of this analysis in the subset of adolescent subjects in the DCCT indicate that the same recommendations should be made for most subjects in the 13- to 17-year-old age group. On the other hand, the risk/benefit ratio may not be as favorable in children with IDDM who are less than 13 years of age, especially in infants and toddlers. Conventionally treated children appear to be relatively protected against the development of early retinal and renal changes before puberty.[39-42] Conversely, severe hypoglycemia may have more profound adverse effects on brain development in the very young child.[43-45]

In an assessment of the risk/benefit ratio for intensive therapy in young patients with IDDM, and for successful implementation in those for whom it seems indicated, we recommend that children and adolescents with IDDM be seen in collaboration with a team of health care professionals. The team should include nurses, dietitians, and mental health professionals, as well as diabetologists who not only are experienced in the management of IDDM in children but also are familiar with intensive diabetes therapy regimens. Implementation of the DCCT recommendations presents a particular challenge to pediatric health care providers. It is no accident that only a small proportion of subjects enrolled in the DCCT were 13 to 17 years of age; subjects in this age group were the most difficult to manage and required a disproportionate share of the supportive care provided by the diabetes treatment team. Although the time and effort required to provide intensive therapy as practiced in the DCCT are considerable, we believe that the potential savings to young patients with IDDM in terms of the suffering and long-term cost related to advanced complications and their treatment make such a commitment of resources well worth the investment.

## REFERENCES

1. DCCT Research Group. Diabetes Control and Complications Trial (DCCT): design and methodologic considerations for the feasibility trial. Diabetes 1986;35:530-45.
2. DCCT Research Group. Diabetes Control and Complications Trial (DCCT): the effect of intensive treatment of diabetes on the development and progression of long-term complications in insulin-dependent diabetes mellitus. N Engl J Med 1993;329:977-86.
3. Bloch C, Clemons P, Sperling MA. Puberty decreases insulin sensitivity. J PEDIATR 1987;110:481-7.
4. Amiel S, Sherwin R, Simonson D, et al. Impaired insulin action in puberty: a contributing factor to poor glycemic control in adolescent diabetics. N Engl J Med 1986;315:215-9.
5. Schafer LC, Glasgow RE, McCaul KD. Adherence to IDDM regimens: relationship to psychosocial variables and metabolic control. Diabetes Care 1983;6:493-8.
6. Kurtz SM. Adherence to diabetes regimens: empirical status and clinical applications. Diabetes Educator 1990;16:50-5.
7. Johnson SB, Silverstein J, Rosenbloom A, Carter R, Cunningham W. Assessing daily management of childhood diabetes. Health Psychol 1986;5:545-64.
8. Kroc Collaborative Study Group. Blood glucose control and the evolution of diabetic retinopathy and albuminuria: a preliminary multicenter trial. N Engl J Med 1984;311:365-72.
9. Lauritzen T, Frost-Larsen K, Larsen HW, Deckert T. Two-year experience with continuous subcutaneous insulin infusion in relation to retinopathy and neuropathy. Diabetes 1985;34(suppl 3):74-9.
10. Brinchmann-Hanson O, Dahl-Jorganson K, Hanssen KF, Sandvik L. The response of diabetic retinopathy to 41 months of multiple insulin injection, insulin pumps, and conventional insulin therapy. Arch Ophthalmol 1988;106:1242-6.
11. Reichard P, Nilsson BY, Rosenqvist U. The effect of long-term intensified insulin treatment on the development of microvascular complications of diabetes mellitus. N Engl J Med 1993;329:304-9.

12. DCCT Research Group. Diabetes Control and Complications Trial (DCCT): update. Diabetes Care 1990;13:427-43.
13. Siebert C, Clark CM. Operational and policy considerations of data monitoring in clinical trials: Diabetes Control and Complications Trial experience. Controlled Clin Trials 1992;14:30-44.
14. DCCT Research Group. Diabetes Control and Complications Trial (DCCT): Results of feasibility study. Diabetes Care 1987;10:1-19.
15. DCCT Research Group. DCCT protocol. Publication No. PB 88-116462-AS. Springfield, Virginia: U.S. Department of Commerce, National Technical Information Service, 1988.
16. DCCT Research Group DCCT manual of operations. Publication No. PB 93-182282. Springfield, Virginia: U.S. Department of Commerce, National Technical Information Service, 1993.
17. Early Treatment Diabetic Retinopathy Study Research Group. Fundus photographic risk factors for progression of diabetic retinopathy: ETDRS report No. 12. Ophthalmology 1991;98:823-33.
18. DCCT Research Group. Implementation of a multicomponent process to obtain informed consent in the Diabetes Control and Complications Trial. Controlled Clin Trials 1989;10:83-96.
19. DCCT Research Group. Feasibility of centralized measurements of glycated hemoglobin in the Diabetes Control and Complications Trial: a multicenter study. Clin Chem 1987;33:2267-71.
20. Early Treatment Diabetic Retinopathy Study Research Group. Manual of operations. Accession No. PB85 223006/AS. Springfield, Virginia: U.S. Department of Commerce, National Technical Information Service, 1985.
21. Early Treatment Diabetic Retinopathy Study Research Group: Grading diabetic retinopathy from stereoscopic color fundus photographs: an extension of the modified Airlie House classification: ETDRS report No. 10. Ophthalmology 1991;98:786-806.
22. Early treatment Diabetic Retinopathy Study Research Group. Early photocoagulation for diabetic retinopathy: ETDRS report No. 9. Ophthalmology 1991;98:766-85.
23. DCCT Research Group. Baseline analysis of renal function in the Diabetes Control and Complications Trial. Kidney Int 1993;43:668-74.
24. DCCT Research Group. Factors in development of diabetic neuropathy. Diabetes 1988;37:476-81.
25. Schumer M, Burton G, Burton C, Crum D, Pfeifer MA, DCCT Research Group. Diabetic autonomic neuropathy. Part I. Am J Med 1988;85:137-43.
26. DCCT Research Group. A screening algorithm to identify clinically significant changes in neuropsychological function in the Diabetes Control and Complications Trial. J Clin Exp Neuropsychol 1994;16:303-16.
27. DCCT Research Group. Lipid and lipoprotein levels in patients with IDDM: Diabetes Control and Complications Trial Experience. Diabetes Care 1992;15:886-94.
28. DCCT Research Group. Reliability and validity of a diabetes quality-of-life measure for the Diabetes Control and Complications Trial (DCCT). Diabetes Care 1988;11:725-32.
29. Snedecor GW, Cochran WG. Statistical methods. 6th ed. Ames: Iowa State University Press, 1967.
30. Lee ET. Statistical methods for survival data analysis. Belmont, California: Lifetime Learning Publications, 1980:88-92, 127-9, 306-12.
31. McCullagh P, Nelder JA. Generalized linear models. 2nd ed. New York: Chapman & Hall, 1989:194-200, 429-30.
32. Wei LJ, Lachin JM. Two-sample asymptotically distribution-free tests for incomplete multivariate observation. Journal of the American Statistical Association 1984;79:653-61.
33. DCCT Research Group. Epidemiology of severe hypoglycemia in Diabetes Control and Complications Trial. Am J Med 1991;90:450-9.
34. Williamson DF, Kahn HS, Remington PL, Anda RF. The 10-year incidence of overweight and major weight gain in U.S. adults. Arch Intern Med 1990;150:665-72.
35. Mogensen CE, Christensen CK. Predicting diabetic nephropathy in insulin-dependent patients. N Engl J Med 1984;311:89-93.
36. Anderson BJ, Miller JP, Auslander WF, Santiago JV. Family characteristics of diabetic adolescents: relationship to metabolic control. Diabetes Care 1981;4:586-94.
37. DCCT Research Group. Weight gain associated with intensive therapy in the Diabetes Control and Complications Trial. Diabetes Care 1988;11:567-73.
38. Jones TW, Boulware SD, Kraemer DT, Caprio S, Sherwin RS, Tamborlane WV. Independent effects of youth and poor diabetes control on responses to hypoglycemia in children. Diabetes 1991;40:358-63.
39. Kostraba JN, Dorman JS, Orchard TJ, et al. Contribution of diabetes duration before puberty to development of microvascular complications of IDDM. Diabetes Care 1989;12:686-93.
40. Frank RN, Hoffman WH, Podgor MJ, et al. Retinopathy in juvenile-onset type I diabetes of short duration. Diabetes 1982;31:874-82.
41. Rogers DG, White NH, Shalwitz RA, Palmberg P, Smith ME, Santiago JV. The effect of puberty on the development of early diabetic microvascular disease in insulin-dependent diabetes. Diabetes Res Clin Pract 1987;3:39-44.
42. Dahlquist G, Rudberg S. The prevalence of microalbuminuria in diabetic children and adolescents and its relation to puberty. Acta Paediatr Scand 1987;76:795-800.
43. Rovet JF, Ehrlich RM, Hoppe M. Intellectual deficits associated with early onset of insulin-dependent diabetes mellitus in children. Diabetes Care 1987;10:510-5.
44. Ryan C, Vega A, Drash A. Cognitive deficits in adolescents who developed diabetes early in life. Pediatrics 1985;75:921-7.
45. Soltesz G, Acsadi G. Association between diabetes, severe hypoglycemia, and electroencephalographic abnormalities. Arch Dis Child 1989;64:992-6.

EX. B-2